IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10805
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR OSPINA,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-26-1-G
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Oscar
Ospina has moved to withdraw and has filed a brief as required by
*Anders v. California*, 386 U.S. 738 (1967).  Ospina has not filed
a response.  Our independent review of the brief and the record
discloses no nonfrivolous issue for appeal.  The record is not
developed sufficiently to reach Ospina's ineffective assistance
claims raised in his separate, *pro se* notice of appeal.  *United
States v. Navejar*, 963 F.2d 732, 735 (5th Cir. 1992).  Ospina may
raise this issue in a 28 U.S.C. § 2255 proceeding.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is

_____

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS DISMISSED.